1  STEPTOE & JOHNSON LLP
   201 E. Washington St., Ste. 1600
2  Phoenix, Arizona 85004-2382
   Telephone: (602) 257-5200
3  Facsimile:  (602) 257-5299

4  David J. Bodney (06065)
   dbodney@steptoe.com
5  Peter S. Kozinets (019856)
   pkozinets@steptoe.com
6
   Attorneys for Defendant
7  Technical Analysis, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                          DISTRICT OF ARIZONA
10

11 MARKET STUDIES, LLC,                )
                                        )   No. CV 2011-01895-JAT-PHX
12            Plaintiff,                )
                                        )   **STIPULATION OF DISMISSAL**
13     vs.                              )
                                        )
14 TECHNICAL ANALYSIS, INC.,            )
                                        )
15            Defendant.                )
                                        )
16                                      )
                                        )
17                                      )
                                        )
18

19     The parties to this action, by their respective attorneys, hereby stipulate and agree
20 that all claims and defenses in this action shall be dismissed with prejudice, and that
21 costs or fees shall not be assessed against any party.  This dismissal resolves a dispute
22 only between the named parties; it shall not operate as res judicata regarding claims
23 against any other person, including without limitation any person who contributed
24 content to the publication at issue in this case.  Notwithstanding the foregoing, this
25 dismissal shall operate as res judicata regarding any claims that could have been
26 asserted against Andrew Coles (a contributor identified in the pleadings) with respect to
27 the publications at issue in this lawsuit.

28

1  To effectuate this Stipulation, the parties respectfully request that the Court enter
2  the Proposed Order attached hereto.

4  RESPECTFULLY SUBMITTED this 16th day of January, 2013.

6  SCHIFF HARDIN LLP                                STEPTOE & JOHNSON LLP

   By /s/ Stacie R. Hartman (with permission)      By /s/ David J. Bodney
8     Stacie R. Hartman                               David J. Bodney
      Mir Y. Ali                                      Peter S. Kozinets
9     233 S. Wacker Dr., Suite 6600                   201 E. Washington St., Suite 1600
      Chicago, Illinois 60606                         Phoenix, Arizona 85004

      Andrew F. Halaby                             Attorneys for Technical Analysis, Inc.
11    Andrew C. Stone
      Snell & Wilmer LLP
12    400 E. Van Buren St., # 1900
      Phoenix, Arizona 85004

   Attorneys for Market Studies, LLC

2

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Stacie R. Hartman
Mir Y. Ali
Schiff Hardin, LLP
233 S. Wacker Dr., Suite 6600
Chicago, Illinois 60606

Andrew F. Halaby
Andrew C. Stone
Snell & Wilmer, LLP
400 E. Van Buren St., #1900
Phoenix, Arizona 85004

/s/ Monica Medlin
Legal Secretary